JS-6

ROBERT H. ROTSTEIN (SBN 72452),
rxr@msk.com
WADE B. GENTZ (SBN 249793),
wbg@msk.com
ERIC S. BOORSTIN (SBN 253724),
esb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation; COLUMBIA PICTURES INDUSTRIES, INC., a Delaware corporation; DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORPORATION, a Delaware corporation; SONY PICTURES ENTERTAINMENT INC., a Delaware corporation; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, a Delaware limited liability limited partnership; UNIVERSAL CITY STUDIOS LLLP, a Delaware limited liability limited partnership; and WARNER BROS. ENTERTAINMENT INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>SSUPLOAD.COM, a business entity of unknown form; ERDENAY KOKDEN, an individual, d/b/a SSUPLOAD.COM; JEFFERY WEST, an individual, d/b/a SSUPLOAD.COM; RICHARD LEWIS, an individual, d/b/a SSUPLOAD.COM; NURULLAH KILIC, an individual, d/b/a SSUPLOAD.COM,<br><br>    Defendants. | CASE NO. CV 07-6258 GW (MANx)<br><br>Honorable George H. Wu<br><br>**CONSENT JUDGMENT** |

Plaintiffs Twentieth Century Fox Film Corporation, Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Paramount Pictures Corporation, Sony Pictures Entertainment Inc., Universal City Studios Productions LLLP, Universal City Studios LLLP, and Warner Bros. Entertainment Inc. (collectively, "Plaintiffs"), and Defendants Erdenay Kokden d/b/a www.ssupload.com and Nurullah Kilic d/b/a www.ssupload.com (collectively, "Defendants") having entered into a Stipulation for Entry of Judgment and the Court having entered an Order thereon,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Defendants have engaged in contributory copyright infringement and inducement of copyright infringement by actively searching for, identifying, collecting, posting, organizing, indexing, and posting on their website (www.ssupload.com) links to infringing material, which has been posted on third-party websites.

2. Defendants are liable for damages to Plaintiffs in the amount of Five Hundred and Fifty-Six Thousand Dollars ($556,000).

3. Defendants and their agents, servants, employees, representatives, assigns, licensees, transferees, and all those acting in concert with Defendants, at their direction or within their control (collectively, "Defendants"):

    (a) shall immediately and permanently cease and desist from operating Ssupload.com, except as otherwise provided for in Paragraph 5;

    (b) shall immediately and permanently cease and desist from operating any website that is substantially similar to Ssupload.com; and

    (c) shall immediately and permanently cease and desist from directly, indirectly, contributorily, or vicariously infringing in any manner any copyright in any and all motion pictures, television programs, and other copyrighted works (or portions thereof), whether now in existence or later created, in which any Plaintiff (including its parents, subsidiaries, or

affiliates) owns or controls an exclusive right under Section 106 of the United States Copyright Act (17 U.S.C. § 106) or pursuant to copyright laws of other countries or territories (the "Copyrighted Works"), including, but not limited to, engaging in any of the following without appropriate written authority or license from the appropriate Plaintiff:

(i) copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing any of the Copyrighted Works;

(ii) enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, or persuading any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of the Copyrighted Works; and/or

(iii) profiting or benefiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of the Copyrighted works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of the Copyrighted works.

(d) if necessary, shall cease to operate or assist in the operation of, and will not profit or benefit from, any website known or suspected by Defendants to be engaging in direct, indirect, contributory, or vicarious infringement of any of the Copyrighted Works;

(e) shall not operate or, provide links to, assist or participate in any way in the operation of, or in any way profit or benefit from, any website that enables, facilitates, permits, assists, solicits, encourages, or induces the copying, reproduction, downloading, distributing, uploading, linking to, transmitting, or public performance of any of the Copyrighted Works,

unless and until Defendants have obtained all necessary prior written authority or license for such Copyrighted Works from the appropriate Plaintiff.

4. This injunction shall not apply to any Copyrighted Works for which Defendants have obtained an appropriate written license from the Plaintiff that owns or controls the rights to such work, to the extent such license remains in force and valid.

5. Defendants shall destroy all digital files representing any Copyrighted Works that are currently in their possession, custody, or control. Defendants shall provide Plaintiffs with a sworn statement within five days after the entry of the Consent Judgment certifying their compliance with this provision.

6. Absent the prior written consent of Plaintiffs or their designee, Defendants shall not publicly release, distribute, sell, transfer or give away, for consideration or otherwise, any software, source code, object code, technology, domain name(s), trademark(s), brand(s), goodwill or any other property of any kind, in whole or in part, which is in any way related to http://www.ssupload.com, including without limitation, by posting such materials on an internet web page or by offering such materials over any peer-to-peer or file-trading network or any other medium.

7. Defendants irrevocably and fully waive notice of entry of the Consent Judgment and notice and service of the entered Consent Judgment and understand, confirm, and agree that violation of the Consent Judgment will expose Defendants to all penalties provided by law, including contempt of Court.

8. Defendants irrevocably and fully waive any and all rights to appeal the Consent Judgment, to have it vacated or set aside, to seek or obtain a new trial thereon, or otherwise to attack in any way, directly or collaterally, its validity or enforceability.

9. Nothing contained in the Consent Judgment shall limit the right of Plaintiffs to seek relief, including without limitation, damages, for any and all infringements by Defendants of the Copyrighted Works occurring after the date Defendants executes this Stipulation for Entry of Judgment.

10. This Consent Judgment shall be deemed to have been served upon Defendants at the time of its execution by the Court.

11. The Court finds there is no just reason for delay in entering this Consent Judgment and, pursuant to Federal Rule of Civil Procedure 54(a), the Court directs immediate entry of this Consent Judgment against Defendants.

12. The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Consent Judgment.

Dated: January 26, 2009

*/s/ George H. Wu*
The Honorable George H. Wu
United States District Judge

Submitted by:

Dated:   January 20, 2009

ROBERT H. ROTSTEIN
WADE B. GENTZ
ERIC S. BOORSTIN
MITCHELL SILBERBERG & KNUPP LLP


By:   /s/ Wade B. Gentz
      Wade B. Gentz
      Attorneys for Plaintiffs